UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | EDCV 13-00275-DDP (AS) | Date | March 12, 2015 |
|---|---|---|---|
| Title | *Jose Juarez v. Ramon Delgado* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**   **ORDER TO SHOW CAUSE RE. RESPONSES TO PLAINTIFF'S INTERROGATORIES**

On January 13, 2015, this Court issued an Order Granting in Part and Denying in Part Plaintiff's Motion to Compel. (Docket Entry No. 79.) In the Order, the Court set a deadline of February 23, 2015 for Defendant Ramon Delgado to serve the ordered discovery responses on Plaintiff. (See id.) On March 10, 2015, the Court received a "Declaration for Entry of Default" from Plaintiff. (Docket Entry No. 87.) In the Declaration, Plaintiff indicates that he has not yet received the responses to his interrogatories as ordered by this Court. (Id.)

Accordingly, the Court ORDERS Defendant TO SHOW CAUSE, in writing, **no later than Friday, March 20, 2015**, why he has not complied with the January 13, 2015 Order regarding Plaintiff's Motion to Compel. The Court will discharge this Order upon a showing of compliance with the January 13, 2015 Order or a demonstration of good cause as to why Defendant has not yet served responses to the interrogatories as ordered.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | AF | |