UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-0275 DDP (AS) | Date | January 7, 2016 |
|---|---|---|---|
| Title | Jose Juarez v. Ramon Delgado | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| N/A | N/A |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE**

   Faced with evidence strongly suggesting Plaintiff presented falsified documents to the Court in opposing Defendant's summary judgment motion, on December 10, 2015, the Court issued an Order to Show Cause ("OSC") requiring Plaintiff to show cause, "within twenty-one (21) days of the date of this Order, why he has not violated Fed. R. Civ. P. 11(b) and why the Court should not dismiss this action with prejudice and refer the matter to the United States Attorney for criminal prosecution." See Docket Entry No. 111.

   Plaintiff has not timely responded to the Court's OSC. Nevertheless, the Court will provide him one final opportunity to do so. Accordingly, Plaintiff shall, within **fourteen (14) days** of the date of this Order, file a response to the OSC explaining why this action should not be dismissed with prejudice and why the matter should not be referred to the United States Attorney.

   **Plaintiff is admonished that his failure to satisfactorily respond to this Order will result in a recommendation that this action be dismissed with prejudice for failure to comply with the Court's Orders. See Fed. R. Civ. P. 41(b).**

| | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | AF | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-0275 DDP (AS) | Date | January 7, 2016 |
|---|---|---|---|
| Title | Jose Juarez v. Ramon Delgado | | |