1

2

3

4

5

6

7

8                      **UNITED STATES DISTRICT COURT**

9                     **CENTRAL DISTRICT OF CALIFORNIA**

10

11  JOSE JUAREZ,                        )   NO. ED CV 13-0275-DDP (AS)
                                        )
12                   Plaintiff,         )
                                        )
13           v.                         )        **JUDGMENT**
                                        )
14  RAMON DELGADO,                      )
                                        )
15                   Defendant.         )
    _____ )

16

17      Pursuant to the Court's Order Accepting Findings, Conclusions and

18  Recommendations of United States Magistrate Judge,

19

20      IT IS ADJUDGED that the above-captioned action is dismissed  with

21  prejudice.

22

23      DATED: July 6, 2016.

24

25

26      _____
                DEAN D. PREGERSON
27          UNITED STATES DISTRICT JUDGE

28